*Smithson et al. ex parte.*

SMITHSON ET AL. EX PARTE.

*(Nashville.    March  22,  1902.)*

ATTORNEY'S FEES.   *Amount of, not fixed on ex parte application.*

Attorneys for an infant, who has recovered judgment for dam-
ages, are entitled to lien on the recovery for reasonable fees
for services, but are not entitled, on an *ex parte* application
made in the case, to have the amount of their fees fixed by the
Court.

FROM   MARSHALL.

(On  Original  Motion.)

CALDWELL,  J.    Heretofore,  at  the  present  term,
this  Court  affirmed  a  judgment,  obtained  by  Clar-
ence  J.  Davis,  a  minor,  twelve  years  of  age,  who
sued  by  next  friend,  against  the  American  Lead
Pencil  Company,  in  the  Circuit  Court  of  Marshall
County,  for  the  sum  of  $2,875.00.

The  attorneys  who  represented  the  plaintiff  in
that  litigation,  now  file  a  sworn  application,  sup-
ported  by  the  affidavits  of  other  persons  cognizant
of  the  facts,  and  thereupon  move  the  Court  to
allow  them  30  per  cent.  of  the  recovery  as  fees
for  the  services  rendered.

These gentlemen have unquestionably rendered their client valuable services, and for such services they are as certainly entitled to a lien on his recovery for reasonable compensation. This they may now have declared on the minutes of this Court, but the *amount* of their fees cannot be fixed and adjudged on this *ex parte* application.

That is a matter to be determined in some suitable proceeding in which the minor will have an opportunity to be heard; or it might probably be determined by contract with his guardian, when one shall be appointed.

In response to another motion, an order will be made directing the Clerk of this Court to hold the proceeds of the judgment in question, when collected, subject first to the lien of plaintiff's attorneys for reasonable fees, and the residue will be paid to his regular guardian.

The next friend, as such, has no legal right to receive any part of the recovery. *Cody* v. *Roane Iron Co.,* 105 Tenn., 515.